UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENT COLE,

        Plaintiff,                      Case Number 18-13221

v.                                        Honorable David M. Lawson

CITY OF SWARTZ CREEK, CLAYTON
CHARTER TOWNSHIP, CLAYTON
TOWNSHIP BOARD OF TRUSTEES,
SWARTZ CREEK AREA FIRE DEPARTMENT,
SWARTZ CREEK AREA FIREBOARD, RICK
CARUSO, KENNETH ENGEL, CHRIS
GEHERINGER, THEODORE HENRY I,
TAMMY KAPRAUN, and ROBERT WIDIGAN,

        Defendants

_____/

## ORDER OF DISMISSAL

On January 25, 2019, the parties informed the Court by email that they had reached a final settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before March 4, 2019**.

                                                   s/David M. Lawson
                                                   DAVID M. LAWSON
                                                   United States District Judge

Date:   January 31, 2019

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 31, 2019.

                              s/Susan K. Pinkowski
                              SUSAN K. PINKOWSKI